**Leo SAUNDERS, Appellant v. STATE of Texas, Appellee.**

No. 21640.

Court of Criminal Appeals of Texas.

May 28, 1941.

D. T. Moore, of Aquilla, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of burglary, the jury assessed his punishment at two years' confinement in the State Penitentiary.

Since his appeal was perfected, the appellant has filed a written request, verified by his affidavit, asking the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.

**L. C. GABEHART, Appellant, v. F. L. LIGHTFOOT, Appellee.**

No. 10825.

Court of Civil Appeals of Texas.
San Antonio.

May 21, 1941.

J. Earl Barnhouse, of Freer, for appellant.

Perkins & Floyd, of Alice, for appellee.

PER CURIAM.

Affirmed without written opinion, on authority of Associated Indemnity Corporation v. Gatling, Tex.Civ.App., 75 S.W.2d 294.

**Robert A. SONE, Appellant, v. H. F. McKINNEY et al., Appellees.**

No. 10961.

Court of Civil Appeals of Texas.
San Antonio.

June 11, 1941.

Robert A. Sone, of Corpus Christi, for appellant.

Carr & King and J. P. Simpson, all of Corpus Christi, for appellees.

PER CURIAM.

Affirmed without written opinion. Associated Indemnity Corporation v. Gatling, Tex.Civ.App., 75 S.W.2d 294.

**A. C. STONE, et ux., Appellant, v. R. L. MATHEWS, Jr., Appellee.**

No. 10967.

Court of Civil Appeals of Texas.
San Antonio.

June 11, 1941.

Tom Matthews, Wm. H. Flippen, and John W. Miller, all of Dallas, for appellant.

Church & Steger, of San Antonio, and Bauknight & Mann and J. Byron Brown, all of Austin, for appellee.

PER CURIAM.

Affirmed without written opinion. Associated Indemnity Corporation v. Gatling, Tex.Civ.App., 75 S.W.2d 294.